# United States Court of Appeals

### For the Eighth Circuit

_____

No. 12-4050

_____

Jose Barron

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 28, 2013
Filed: September 3, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Jose Barron petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision denying him asylum and withholding of removal. After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole. See Cubillos v. Holder, 565 F.3d 1054, 1056-58

(8th Cir. 2009) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations). Accordingly, we deny the petition for review. <u>See</u> 8th Cir. R. 47B.

_____